CISNEROS v. CISNEROS

No. 503P96

Case below: 124 N.C.App. 666

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 10 April 1997.

CITY OF CHARLOTTE v. COOK

No. 83PA97

Case below: 125 N.C.App. 205

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 allowed 10 April 1997.

COLLINS & AIKMAN PRODUCTS CO. v.
HARTFORD ACCIDENT & INDEM. CO.

No. 128P97

Case below: 125 N.C.App. 412

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 10 April 1997.

FAIRWAY OUTDOOR ADVERTISING v. CITY OF SALISBURY

No. 558P96

Case below: 124 N.C.App. 666

Petition by plaintiff for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 10 April 1997.

GILLIAM v. FIRST UNION NAT. BANK

No. 93P97

Case below: 125 N.C.App. 416

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 10 April 1997.